## ROBERT MARTIN v. THE STATE.

CRIMINAL LAW. *Disturbing public worship. What is.*

### FROM JEFFERSON.

Appeal from the Circuit Court. JAMES H. RANDOLPH, Judge.

ATTORNEY-GENERAL HEISKELL for the State.

No brief for defendant.

SNEED, J., delivered the opinion of the court.

An assemblage of persons for the organization and conduct of a Sunday-school, where the Bible and the precepts of religion are taught, is a worshipping assembly in the sense of the statute which makes the willful disturbance of public worship indictable.

The judgment is affirmed.